**Diana BEARD–WILLIAMS, Plaintiff—Appellant,**

v.

**PALMDALE SCHOOL DISTRICT (PSD); Palmdale Education Foundation (PEF); Nancy Smith, individually and official capacity; Kathleen Duren, individually and official capacity; Velma Trosin, individual and official capacity, Defendants—Appellees.**

Diana Beard–Williams, Plaintiff—
Appellee,

v.

**Palmdale School District (PSD),
Defendant—Appellant.**

Nos. 01–57163, 02–55251.
D.C. No. CV–99–06789–AHM.

United States Court of Appeals,
Ninth Circuit.

Submitted April 10, 2003.*

Decided April 24, 2003.

Before BEEZER, FERNANDEZ, and
PAEZ, Circuit Judges.

MEMORANDUM **

Diana Beard–Williams appeals pro se
the district court's Rule 41(b) dismissal of
her employment discrimination action for
failure to prosecute. The Palmdale School
District ("the District") appeals the district
court's denial of attorney's fees under 42
U.S.C. § 2000e–5(k). We have jurisdiction
under 28 U.S.C. § 1291, and we affirm.

We review the district court's dismissal
for failure to prosecute for abuse of discre-
tion. *Al–Torki v. Kaempen,* 78 F.3d 1381,
1384 (9th Cir.1996). The district court's
dismissal of this action based on a determi-
nation that Beard–Williams willfully failed
to appear for the sixth day of her jury
trial, without a valid excuse, was not an
abuse of discretion. *See id.* at 1385 ("Fail-
ure to appear for trial, without excuse,
prejudices an adversary and interferes
with the court's docket about as much as
any procedural default can."). Although
Beard–Williams sent a doctor's note on the
third day of her absence, the court was not
required to credit this letter, which was
not written under penalty of perjury. Be-
cause dismissal was proper, we do not
review Beard–Williams's other claims of
error. *See id.* at 1386.

We review the district court's denial of
attorney's fees for abuse of discretion.
*Miller v. Los Angeles County Bd. of
Educ.,* 827 F.2d 617, 619 (9th Cir.1987).
The district court's determination that
Beard–Williams's action was not frivolous
was supported by the record. *See Jensen
v. Stangel,* 762 F.2d 815, 818 (9th Cir.1985)

---

* This panel unanimously finds this case suit-
able for decision without oral argument. See
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
Ninth Circuit Rule 36–3.

(per curiam) (holding that the district court's denial of defendants' motions to dismiss and for summary judgment suggested that plaintiff's claims were not without merit). Having determined that Beard–Williams's action was not frivolous, the district court properly denied the District's motion for an award of attorney's fees.

**AFFIRMED.**